AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paul Bartelt, II

was received by me on *(date)* 10/18/2024 .

☑ I personally served the summons on the individual at *(place)* 48 Rawlings Dr, Bear, DE 19701

Service time - 5:27 p.m.                                                                                      on *(date)*   10/21/2024   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/23/2024

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, ste 72
Wilmington, DE 19809

*Server's address*

Additional information regarding attempted service, etc:

Documents served - Summons and Complaint

Served Paul Bartelt, II, Personally - Male, Caucasian, wearing hat, seated in car, 190 lbs, 45-50 yrs old

D. M. PROFESSIONAL SERVICES
501 SILVERSIDE RD, STE 72
WILMINGTON, DE 19809
302-792-0558



Invoice #: 348890
Date: 10/21/2024
Federal Tax ID#: 51-0302413

BRENDAN MOORE
1022 MONROE ST

JACKSON, MS 39202

## INVOICE FOR SERVICE

Service #473573: PAUL BARTELT, II
BRENDEN MOORE v. PAUL BARTELT, II

STANDARD SERVICE

**TOTAL CHARGES:**
Payment: 10/21/2024          Check#: pp
                             25D12922UW6672114

**BALANCE:**

Your File#

Court Case #:
$120.00

**$120.00**
-$120.00

**$0.00**